UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:03CR40037-NMG |
| v. | ) | |
| FABIAN CALVILLO-SANCHEZ | ) | VIOLATION: 8 U.S.C. §1326(a) (Illegal Re-entry of Deported Alien) |

**INDICTMENT**

**COUNT ONE**:  8 U.S.C. § 1326(a) -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about October 30, 2003, at Fitchburg, in the District of Massachusetts,

FABIAN CALVILLO-SANCHEZ

defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b)(2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]* 11/19/03
FOREPERSON OF THE GRAND JURY

*[signature]*
NADINE PELLEGRINI
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    November 19, 2003

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
11-19-03 at 3:20 pm