# MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: Charles B. Swartwood, III | Date: November 24, 2003 |
| Courtroom Clerk: Roland | Tape Number: 3:10 P     Time In Court: 15 min |
| Case: USA v. Fabian Calvillo-Sanchez | Case Number: 03-40037 NMG |
| AUSA: Casey for Pellegrini | Defense Counsel: Bennett |
| PTSO/PO: | Interpreter: Lilley    Language: Spanish |

## TYPE OF HEARING

[X] **Initial Appearance**
[X] Arrested:   [X] on warrant   [ ] on probable cause
[ ] Defendant Sworn
[X] Advised of Charges
[X] Advised of Rights
[X] Requests Appointment of Counsel
[ ] Retained Counsel
[X] Court Orders Counsel be Appointed
[X] Government Requests Detention & Continuance

[X] **Arraignment**
[X] Defendant Waived Reading of Indictment
[X] Defendant Pleads Not Guilty to Count __1__
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on _____ with Conditions

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[X] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

_____ set for _____ at _____

## REMARKS

Case called, Counsel and Dft appear for initial appearance and arraignment, Arraignment held, Dft pleads not guilty to count 1 , Scheduling Order issued, Dft assents to detention but reserves his right to a hearing in the future.