UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>)<br>FABIAN CALVILLO-SANCHEZ )<br>) | Criminal No. 03-40037-NMG |

## INITIAL SCHEDULING ORDER
**November 24, 2003**

SWARTWOOD, M.J.

The above named defendant having been arraigned before this court on Monday, November 24, 2003, and having reserved decision as to whether to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

I. The defendant(s) shall, on or before (14 days from the date of arraignment), file a Notice Re: Automatic Disclosure.[1]

II. In the event that the defendant, in the Notice Re: Automatic Disclosure, referred to above, states that no waiver will be filed,[2] further proceedings shall be governed by the following subsections **A** through **H**:

    A. The government shall produce, on or before Monday, January 5, 2004, or within fourteen (14) days of receipt by the government of a written statement that no Waiver will be filed, **whichever shall first occur**, those materials required to be produced under LR 116.1(C).

    B. The defendant shall produce, on or before Monday, January 5, 2004, those materials required to be produced under LR 116.1(D).

---

[1] A blank Notice Re: Automatic Disclosure is attached to this Order.

[2] In the event that the defendant does not file the Notice Re: Automatic Disclosure within fourteen days of arraignment, it shall be deemed that the defendant will proceed under the automatic discovery provisions in accordance with LR 116.1(C).

C. Any discovery request letters shall be sent and filed by Monday, January 5, 2004. See LR 116.3(A) and (H).

D. Any responses to discovery request letters shall be sent and filed within fourteen (14) days of receipt of the discovery request letter(s) referred to in Paragraph A immediately above, or on or before Monday, January 19, 2004, **whichever date shall first occur.** See LR 116.3(A).

E. Any and all discovery motions shall, consistent with the provisions of LR 116.3(E) through 116.3(H), be filed on or before 14 days after receipt of the opposing party's declination to provide the requested discovery, **or** 14 days after the opposing party has received the discovery request letter and has failed to respond thereto, **whichever date shall first occur.** See LR 116.3(E) and (H).

F. Response(s) to any motions shall be filed on or before fourteen (14) days after motions have been filed consistent with the provisions of Paragraph C immediately above. See LR 116.3(I).

G. Unless counsel inform the court in a Joint Memorandum in accordance with LR 116.5(C) filed **on or before Wednesday, December 31, 2003** that there is no need for an initial status conference, such a conference will be held on Monday, January 5, 2004, at 3:30 p.m. in Courtroom No. 1 on the Fifth Floor, United States District Court, Worcester, MA.[3] **If the Joint Memorandum is not filed with the Court on or before Wednesday, December 31, 2003, then the parties must appear for the initial status conference either in person or by telephone.**

H. If counsel feel that there is need for an initial status conference, then on or before the close of business on Wednesday, December 31, 2003, counsel shall inform the court as to whether they want the status conference to be conducted in person or by telephone.

---

[3] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43, F.R. Crim. P., defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference, See 43(c)(3), F.R. Crim. P.

III.  In the event that the defendant, in the Notice Re: Automatic Disclosure, referred to above, waives the automatic disclosure of discovery material, further proceedings shall be governed by the following subsections **A** through **F**:

   A..  Any discovery request letters shall be sent and filed by Monday, January 5, 2004.  See LR 116.3(A) and (H).

   B.  Any responses to discovery request letters shall be sent and filed within fourteen (14) days of receipt of the discovery request letter(s) referred to in Paragraph A immediately above, or on or before Monday, January 19, 2004, **whichever date shall first occur.**  See LR 116.3(A).

   C.  Any and all discovery motions shall, consistent with the provisions of LR 116.3(E) through 116.3(H), be filed on or before 14 days after receipt of the opposing party's declination to provide the requested discovery, **or** 14 days after the opposing party has received the discovery request letter and has failed to respond thereto, **whichever date shall first occur.**  See LR 116.3(E) and (H).

   D.  Response(s) to any motions shall be filed on or before fourteen (14) days after motions have been filed consistent with the provisions of Paragraph C immediately above.  See LR 116.3(I).

   E.  Unless counsel inform the court in a Joint Memorandum in accordance with LR 116.5(C) filed **on or before Wednesday, December 31, 2003** that there is no need for an initial status conference, such a conference will be held on Monday, January 5, 2004, at 3:30 p.m. in Courtroom No. 1 on the Fifth Floor, United States District Court, Worcester, MA.[4]  **If the Joint Memorandum is not filed with the Court on or before Wednesday, December 31, 2003, then the parties must appear for the initial status conference either in person or by telephone.**

---

[4]  Defendants are not required to be present at the Initial Status Conference.  Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43, F.R. Crim. P., defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference, See 43(c)(3), F.R. Crim. P.


F.  If counsel feel that there is need for an initial status conference, then on or before the close of business on Wednesday, December 31, 2003, counsel shall inform the court as to whether they want the status conference to be conducted in person or by telephone.

_____
CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> FABIAN CALVILLO-SANCHEZ ) <br> ) | Criminal No. 03-40037-NMG |

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _____

☐ states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).

☐ waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.

_____
**Defendant**

_____
**Attorney for the Defendant**

_____
**Date**