AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

FABIAN CALVILLO-SANCHEZ

**WARRANT FOR ARREST**

CASE NUMBER: 4:03CR40037-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___FABIAN CALVILLO-SANCHEZ___
                                              Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

Unlawful reentry after deportation

in violation of Title ___ United States Code, Section(s) 1326(a)

Deborah _____ Huck          Deputy Clerk
Name of Issuing Officer      Title of Issuing Officer

/s/ Deborah Huck             11-20-03   Worcester, MA
Signature of Issuing Officer  Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at USMS Worcester, MA. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11-20-03 | T. Berrinson, SDUSM | /s/ |
| DATE OF ARREST 11-24-03 | for DHS-ICE | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____