UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
        v.                    )     CRIMINAL ACTION
                              )     NO. 03-40037-NMG
FABIAN CALVILLO-SANCHEZ,      )
        Defendant,            )
_____)
```

## INITIAL STATUS REPORT
## January 7, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Gorton, J. to whom this case is assigned:

1. Discovery

Counsel for the parties have requested additional time to complete discovery.  I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on March 3, 2004, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester,  Massachusetts 01608.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from December 22, 2003

(date of expiration of prior order of excludable time) through March 3, 2004 (date by which discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, May 12, 2004</u>.

                                                /s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE