FILED
UNITED STATES DISTRICT COURT'S OFFICE
DISTRICT OF MASSACHUSETTS
2004 MAR -3  A 9: 42

UNITED STATES OF AMERICA        )       U.S. DISTRICT COURT
                                )       DISTRICT OF MASS.
        v.                      )   NO. 03-40037-NMG
                                )
FABIAN CALVILLO-SANCHEZ         )

## JOINT STATUS CONFERENCE MEMORANDUM

The United States of America and the Defendant, by his

counsel, Daniel J. Bennett, jointly submit this memorandum

addressing the issues in Local Rule 116.5.  The parties do not

believe that a status conference, scheduled for March 3, 2004, is

necessary.

**Status**

The parties are exploring a non-trial disposition of the

case and exchange discovery, and therefore request a forty-five

day continuance to conduct plea negotiations.

The parties would also request that the period from March 3,

2004 (date of expiration of prior order of excludable time), to

the next status conference be excluded because a non-trial

disposition serves the ends of justice and outweighs the best

interest of the public and the defendant in a speedy trial,

pursuant to 18 U.S.C. § 3161(h)(8)(A).

**Local Rule 116.5(A)(7)**

The parties are currently pursuing a non-trial disposition to the case.  If the case is tried, however, the parties anticipate that the trial will last approximately one week.

The parties respectfully request that an further status conference be set on or after April 19, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Paul G. Casey
Assistant U.S. Attorney


FABIAN CALVILLO-SANCHEZ
Defendant

By: _____
Daniel J. Bennett, Esq.


DATE: March 3, 2004

SS., WORCESTER

### CERTIFICATE OF SERVICE

I, Paul G. Casey, Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by facsimile on counsel of record on this, the 3rd day of March, 2004.

_____
PAUL G. CASEY
Assistant U.S. Attorney