UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 03-40037-NMG |
| | ) | |
| FABIAN CALVILLO-SANCHEZ | ) | |

## JOINT STATUS CONFERENCE MEMORANDUM

The United States of America and the Defendant, by his counsel, Daniel J. Bennett, jointly submit this memorandum addressing the issues in Local Rule 116.5. The parties do not believe that a status conference, scheduled for April 22, 2004, is necessary.

**Status**

The parties are exploring a non-trial disposition of the case. The Government sent the Defendant a draft plea agreement and the Defendant would like time to review the plea agreement with his attorney with the assistance of an interpreter. The parties therefore request a forty-five day continuance to complete the plea negotiations.

The parties would also request that the period from April 22, 2004 (date of expiration of prior order of excludable time), to the next status conference be excluded because a non-trial disposition serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial,

pursuant to 18 U.S.C. § 3161(h)(8)(A).

**Local Rule 116.5(A)(7)**

The parties are currently pursuing a non-trial disposition to the case. If the case is tried, however, the parties anticipate that the trial will last approximately one week.

The parties respectfully request that an further status conference be set on or after June 8, 2004.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  _____
                              Paul G. Casey
                              Assistant U.S. Attorney


                              FABIAN CALVILLO-SANCHEZ
                              Defendant

                         By:  _____
                              Daniel J. Bennett, Esq.
```

DATE: April 21, 2004

SS., WORCESTER

**CERTIFICATE OF SERVICE**

I, Paul G. Casey, Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by facsimile on counsel of record on this, the 21st day of April, 2004.

```
                              _____
                              PAUL G. CASEY
                              Assistant U.S. Attorney
```