# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | CRIMINAL ACTION |
| ) | NO. 03-40037-NMG |
| FABIAN CALVILLO-SANCHEZ, ) | |
| Defendant, ) | |

## STATUS REPORT
### April 23, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Plea Negotiations</u>

The Government has sent the Defendant a draft plea agreement and the Defendant requests time to review the plea agreement with his lawyer and with the assistance of an interpreter. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on **<u>June 8, 2004, at 10:00 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>**.

3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 22, 2004 (date of expiration of prior order of excludable time) through June 8, 2004 (date by which plea negotiations shall be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, August 17, 2004</u>.

/s/Charles B. Swartwood, III<br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE