UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FABIAN CALVILLO-SANCHEZ )<br>  Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 03-40037-NMG** |

**ORDER OF EXCLUDABLE TIME**
**April 23, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 22, 2004 (date of expiration of prior order of excludable time) through June 8, 2004 (date by which plea negotiations shall be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE