## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )    CRIMINAL ACTION
                               )    NO. 03-40037-NMG
FABIAN CALVILLO-SANCHEZ,       )
          Defendant,           )
_____)
```

### STATUS REPORT
### June 8, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Plea Negotiations</u>

Counsel for Mr. Calvillo-Sanchez has requested additional time to complete plea negotiations. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on July 13, 2004, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 8, 2004 (date of expiration of prior order of excludable time) through July 13, 2004

(date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, September 21, 2004</u>.

                                        <u>/s/Charles B. Swartwood, III</u>
                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE