UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N O T I C E

Please take notice that the criminal cases on the attached list have been transferred to JUDGE F. DENNIS SAYLOR, IV for all further proceedings. From this date forward the number on all pleadings should be followed by the letters FDS to indicate assignment of the case to JUDGE SAYLOR. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number and letters on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines set by judges previously assigned to these cases will be adhered to by Judge Saylor.

Questions concerning cases assigned to Judge Saylor may be directed to Martin Castles, Courtroom Deputy at (508) 929-9904.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk

By:   /s/ Martin Castles
      Deputy Clerk

Date: June 18, 2004

Copies to:   Counsel

## Criminal Cases

| Case No. | Case Name |
|---|---|
| 03-40003 | USA v. Ramos |
| 03-40007 | USA v. Landry |
| 03-40010 | USA v. Hodges |
| 03-40012 | USA v. Hussain |
| 03-40013 | USA v. Aoude, et al |
| 03-40015 | USA v. Rivera |
| 03-40017 | USA v. Morales, et al |
| 03-40018 | USA v. Jones |
| 03-40021 | USA v. Gonzalez, et al |
| 03-40024 | USA v. William |
| 03-40025 | USA v. Le |
| 03-40026 | USA v. Hylton |
| 03-40031 | USA v. Rodriguez, et al |
| 03-40037 | USA v. Calvillo-Sanchez |
| 03-40039 | USA v. Rush |
| 04-40007 | USA v. Labombard |
| 04-40008 | USA v. Hanley |
| 04-40011 | USA v. Jimenez-Beltre |
| 04-40012 | USA v. Cabral |
| 04-40015 | USA v. Vega, et al |