# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
            v.                     )   CRIMINAL ACTION
                                   )   NO. 03-40037-FDS
FABIAN CALVILLO-SANCHEZ,           )
            Defendant,             )
_____)
```

### FINAL STATUS REPORT
### July 14, 2004

**SWARTWOOD, M.J.**

    The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1.   <u>Rule 11 Hearing</u>

    The parties request that this case be returned to Judge Saylor for a Rule 11 hearing without a formal written agreement.  I have granted that request.

2.   <u>Excludable Time</u>

    With the assent of counsel for the parties, I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through July 13, 2004.  Therefore, assuming no further order of excludable time under the plan for prompt disposition of

criminal cases, this case must be tried on or before <u>Tuesday, September 21, 2004</u>.

        <u>/s/Charles B. Swartwood, III</u>
        CHARLES B. SWARTWOOD, III
        MAGISTRATE JUDGE