**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA,**          Criminal Case

                                       NO. 03-40037-FDS

    V.

**Fabian Calvillo-Sanchez,**
        Defendant

**NOTICE**

 SAYLOR,   D.J.

    PLEASE TAKE NOTICE that the above DEFENDANT has been SET for            RULE 11  HEARING

on  TUESDAY   AUGUST 24, 2004            at   11:30AM

before  Judge      SAYLOR     in U.S. District Court,

WORCESTER,  MA.


     7/26/04                              /S/ MARTIN CASTLES
        Date                              Deputy Clerk
                                          508-929-9904

**Notice mailed to:
Counsel of record
Probation
Pretrial
U.S. Marshals**