UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-40037-FDS |
| | ) | |
| FABIAN CALVILLO-SANCHEZ | ) | |

**ASSENTED TO MOTION TO RESET/CONTINUE SENTENCING**

The United States of America, by Assistant U.S. Attorney Paul G. Casey, respectfully submits this motion to reset or continue the sentencing in the above captioned matter from December 10, 2004 to December 22, 2004.

In support of the motion, the undersigned Assistant U.S. Attorney submits that he will be out of town on a personal matter and therefore unavailable on December 10, 2004.

Pursuant to L.R. 7.1(2), the undersigned Assistant U.S. Attorney certifies that the parties have conferred and counsel for Defendant assents to the motion. The parties have also conferred with the Court's courtroom clerk and have been advised that the Court has an opening on December 22, 2004. Therefore, the parties respectfully request that the sentencing be reset to December 22, 2004.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:    /s/ Paul G. Casey
                Paul G. Casey
                Assistant U.S. Attorney


SS., Worcester

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by facsimile and Federal Express upon the below-named counsel on this 30th day of November, 2004.

                /s/ Paul G. Casey
                PAUL G. CASEY
                Assistant U.S. Attorney

Daniel J. Bennett, Esq.
Torney, Mahoney, Diamond & Bennett
15 Foster Street
Quincy, MA 02169