UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> FABIAN CALVILLO-SANCHEZ, ) <br> Defendant ) <br> ) | Docket No. 4:03-CR-40037 <br> Defendant No. 01 |

28

## NOTICE OF APPEAL

Now comes the defendant by and through his attorney, and gives notice of appeal of the sentence imposed on January 25, 2005 by Judge Saylor.

Respectfully Submitted,

Fabian Calvillo-Sanchez
By his Attorney,

Dated: February 4, 2005

Daniel J. Bennett
Torney, Mahoney, Diamond & Bennett
15 Foster Street
Quincy, MA 02169
(617) 770-0000
B.B.O. 564059