UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 4:03-CR-40037 |
| ) | Defendant No. 01 |
| FABIAN CALVILLO-SANCHEZ, ) | |
| Defendant ) | |

## MOTION TO WITHDRAW AND HAVE APPELLATE COUNSEL APPOINTED

Counsel moves to withdraw and have appellate counsel appointed, with respect to the above-captioned matter. It would be in the interest of justice to have a different attorney review the sentencing procedure and the resulting sentence.

Respectfully Submitted,

Fabian Calvillo-Sanchez
By his Attorney,

Dated: February 4, 2005

Daniel J. Bennett
Torney, Mahoney, Diamond & Bennett
15 Foster Street
Quincy, MA 02169
(617) 770-0000
B.B.O. 564059

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FABIAN CALVILLO-SANCHEZ, )<br>Defendant )<br>) | NO. 03-40037-FDS |

## CERTIFICATE OF SERVICE

I, Daniel J. Bennett, do hereby certify that on this date I served the foregoing documents:

1. Notice of Appeal;
2. Motion to Withdraw and Have Appellate Counsel Appointed; and
3. Certificate of Service.

By hand to:

Paul G. Casey, Assistant U.S. Attorney
United States Attorneys Office
District of Massachusetts
Donohue Federal Building & Courthouse
595 Main Street
Worcester, MA 01608

Dated: February 4, 2005

Respectfully Submitted,
Fabian Calvillo-Sanchez
By his Attorney,

*/s/ Daniel J. Bennett*
Daniel J. Bennett
Torney, Mahoney, Diamond & Bennett
15 Foster Street
Quincy, MA 02169
(617) 770-0000
B.B.O. 564059