UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USCA Docket Number: 05-1192

USDC Docket Number : 03-cr-40037

United States of America

v.

Fabian Calvillo-Sanchez

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 34 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 23, 2005.

Tony Anastas, Clerk of Court

By _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 2/23/05.

_Barchard_
Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]